IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN F. PORTILLO, RAFAEL SUAREZ, MARTIN DURAN, GERMAN BENCOSME, EDIN VARGAS, LUIS A. HERNANDEZ, JOSUE PAZ, and ALVARO CASTANEDA, *individually and on behalf of all others similarly situated*,<br><br>        Plaintiffs,<br><br>    v.<br><br>NATIONAL FREIGHT, INC. and NFI INTERACTIVE LOGISTICS, INC.,<br><br>        Defendants. | HONORABLE JEROME B. SIMANDLE<br><br>Civil Action No. 15-7908 (JBS/KMW)<br><br>**ORDER DENYING PLAINTIFFS' MOTION TO REMAND** |

   This matter comes before the Court by way of Plaintiffs' motion to remand [see Docket Item 4]; and the Court having considered the parties' submissions; and for the reasons explained in the Opinion of today's date; and for good cause shown;

   IT IS this **15th** day of **March**, **2016,** hereby

   **ORDERED** that Plaintiffs' motion to remand [Docket Item 4] shall be, and hereby is, **DENIED**; and it is further

   **ORDERED** that the parties shall refile their dismissal and *pro hac vice* briefing (together with any attached exhibits) as separate, individual entries on the public docket within **seven (7) days** from entry of this Order.  Once refiled, the Court will

advise the parties of whether supplemental briefing and/or oral argument will be necessary.

                                                  **s/ Jerome B. Simandle**
                                                  JEROME B. SIMANDLE
                                                  Chief U.S. District Judge