# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JOHN F. PORTILLO, RAFAEL SUAREZ, MARTIN DURAN, GERMAN BENCOSME, EDIN VARGAS, LUIS A. HERNANDEZ, JOSUE PAZ, and ALVARO CASTANEDA,** individually and behalf of all others similarly situated, | : Civ. Action No.: 15-cv-7908-JHR-KMW <br> : <br> : **Document Electronically Filed** <br> : <br> : *Oral Argument Requested* <br> : |
| **Plaintiffs,** | : |
| v. | : Motion Day: December 7, 2020 |
| **NATIONAL FREIGHT, INC. and NFI INTERACTIVE LOGISTICS, INC.,** | : |
| **Defendants.** | : |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, on December 7, 2020, or as soon as counsel may be heard, the undersigned attorneys for Plaintiffs will move this Court for an Order granting Plaintiffs' Motion to Bar Defendants from Asserting Retaliatory Counterclaims.

**PLEASE TAKE FURTHER NOTICE** that, in support of Plaintiffs' Motion to Motion to Bar Defendants from Asserting Retaliatory Counterclaims, Plaintiffs rely on the accompanying Memorandum of Law and its attached exhibits and the record and pleadings on file.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs respectfully request oral argument.

Dated: October 28, 2020

                                                 Respectfully submitted,
/s/ Camille Fundora Rodriguez

Alexandra Koropey Piazza
NJ Bar No. 010922013
Shanon J. Carson (*pro hac vice*)
Sarah Schalman-Bergen (*pro hac vice*)
Camille Fundora Rodriguez
NJ Bar No. 017642011
Berger Montague PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
apiazza@bm.net
crodriguez@bm.net
scarson@bm.net
sschalman-bergen@bm.net

Harold Lichten (*pro hac vice*)
Thomas Fowler (*pro hac vice*)
Zachary Rubin
NJ Bar No. 179052015
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone: (617) 994-5800
hlichten@llrlaw.com
tfowler@llrlaw.com
zrubin@llrlaw.com

*Attorneys for Plaintiffs*

## CERTICATE OF SERVICE

I hereby certify that on October 28, 2020, a true and correct copy of the foregoing document was served on all counsel of record electronically via CM/ECF.

/s/ Camille Fundora Rodriguez
Camille Fundora Rodriguez
