# EXHIBIT E

| | |
|---|---|
| **Subject:** | RE: NFI - Proposed Class Notice |
| **Date:** | Friday, July 3, 2020 at 10:57:17 AM Eastern Daylight Time |
| **From:** | boudreauj@gtlaw.com |
| **To:** | Thomas Fowler, signsc@gtlaw.com |
| **CC:** | Harold Lichten, SSchalman-Bergen@bm.net, Zach Rubin, crodriguez@bm.net |
| **Attachments:** | image001.png |

Thomas – We'll take a look at this, but probably should slow down just a bit. As you probably expect, there's a possibility NFI will file a 23f petition (the deadline is the 13th as you probably know). IF it does, it will change some of the landscape – so while we can certainly work on finalizing a draft notice, I'd suggest we wait to see if NFI petitions (so after the 13th) before asking the Court to approve/do anything – if you insist on filing before, it's just going to cause all of us to have to go through a bunch of needless procedural machinations – and who knows, those may all be moot for a variety of reasons.

**James N. Boudreau**
Co Cha r, G oba L&E Pract ce

Greenberg Traur g, LLP
1717 Arch Street  Su te 400  Ph ade ph a, PA 19103
T +1 215.988.7833   F +1 215.717.5209
boudreauj@gt aw.com    www.gt aw.com    GT L&E B og    V ew GT B ography

**GT GreenbergTraurig**

Albany. Amsterdam. Atlanta. Austin. Boston. Berlin*. Chicago. Dallas. Delaware. Denver. Fort Lauderdale. Houston. Las Vegas. London*. Los Angeles. Mexico City*. Miami. Milan*. Minneapolis. Nashville. New Jersey. New York. Northern Virginia. Orange County. Orlando. Philadelphia. Phoenix. Sacramento. Salt Lake City. San Francisco. Seoul*. Shanghai. Silicon Valley. Tallahassee. Tampa. Tel Aviv*. Tokyo*. Warsaw*. Washington, D.C. West Palm Beach. Westchester County.

*Berlin  Greenberg Traurig's Berlin Office is operated by Greenberg Traurig Germany  an affiliate of Greenberg Traurig  P A  and Greenberg Traurig  LLP  London  Operates as a separate UK registered legal entity  Mexico City  Operates as Greenberg Traurig  S C   Milan  Greenberg Traurig's Milan office is operated by Greenberg Traurig Santa Maria  an affiliate of Greenberg Traurig  P A  and Greenberg Traurig  LLP  Seoul  Operated by Greenberg Traurig LLP Foreign Legal Consultant Office  Tel Aviv  A branch of Greenberg Traurig  P A   Florida  USA  Greenberg Traurig Tokyo Law Offices are operated by GT Tokyo Horitsu Jimusho  an affiliate of Greenberg Traurig  P A  and Greenberg Traurig  LLP  Warsaw  Operates as Greenberg Traurig Grzesiak SP K

---

**From:** Thomas Fowler [mailto:tfowler@llrlaw.com]
**Sent:** Friday, July 3, 2020 10:44 AM
**To:** Signs, Christiana L. (Shld-Phil-Labor-EmpLaw) <signsc@gtlaw.com>; Boudreau, James N. (Shld-Phi-Labor-EmpLaw) <boudreauj@gtlaw.com>
**Cc:** Harold Lichten <hlichten@llrlaw.com>; Sarah Schalman-Bergen <SSchalman-Bergen@bm.net>; Zach Rubin <zrubin@llrlaw.com>; Camille Fundora Rodriguez <crodriguez@bm.net>
**Subject:** NFI - Proposed Class Notice

**\*EXTERNAL TO GT\***

Hi Christiana,

Attached, please find a proposed notice to the class. Please let me know if you have any proposed changes, and if I do not hear from you by Friday, July 10, we will go ahead and submit it to the Court.

Additionally, please let me know when we can expect to receive the class list from you. We will also need the supplemental production regarding the class and up to the present.

Best,

Thomas

Thomas Fowler, Esq.
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
tfowler@llrlaw.com

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.