# EXHIBIT F

| | |
|---|---|
| **Subject:** | RE: Portillo v. NFI - Draft Class Notice |
| **Date:** | Monday, August 31, 2020 at 10:32:15 AM Eastern Daylight Time |
| **From:** | signsc@gtlaw.com |
| **To:** | Thomas Fowler, Harold Lichten, sschalman-bergen@bm.net, Zach Rubin, CFundora@bm.net |
| **CC:** | boudreauj@gtlaw.com, robbc@gtlaw.com |
| **Attachments:** | image001.png, 52235835_v 2_2020.08.31 NFI - Joint Status Report and Proposed Schedules_CLEAN COPY.DOCX, 52289635_v 1_2020.08.31 NFI - Joint Status Report and Proposed Schedules_REDLINED COPY.DOCX, 52288893_v 1_2020.08.31 Proposed Class Notice_REDLINED COPY.DOCX, 52237400_v 2_2020.08.31 Proposed Class Notice_CLEAN COPY.DOCX |

Hi Thomas,

Attached are clean and redlined copies of the joint status report and the class notice. Please give me a call once you have had a chance to review (215-988-7868; I am open other than from 3:30-4:30 pm today). I expect we will be able to get the joint statue report on file today and narrow down the issues we "agree to disagree" on vis-à-vis the notice in short order.

Best,
Christy

**Christiana L. Signs**
Shareho der

Greenberg Traur g, LLP
1717 Arch Street
Su te 400   Ph  ade ph a, PA 19103
T +1 215.988.7868     F +1 215.717.5232
s gnsc@gt aw.com        www.gt aw.com       V ew GT B ography



**IMPORTANT NOTICE REGARDING YOUR RIGHTS TO PARTICIPATE IN A CLASS ACTION LAWSUIT AGAINST NATIONAL FREIGHT, INC.**

The purpose of this Notice is to inform you of a class action lawsuit against National Freight, Inc. and NFI Interactive Logistics (collectively "NFI"). The lawsuit is called <u>Portillo, et al. v. National Freight, Inc. et al.</u> It was filed in the United States District Court for the District of New Jersey. The case number is 15-7908.

You are receiving this Notice because on June 30, 2020, the Court certified this case as a class action and NFI records show you: 1) entered into, either personally or through a corporate entity, an independent contractor agreement with NFI that had a New Jersey choice-of-law clause; and 2) drove a vehicle on a full-time basis to perform deliveries of goods to Trader Joe's stores anywhere on the East Coast on behalf of NFI at any time since June 22, 2009; and 3) have not previously released wage claims against NFI. "Full-time basis" means that you personally delivered at least 80% of the loads assigned to you as a contractor.

Please read this Notice carefully. Your rights may be affected by a class action lawsuit pending in this Court. ***You are NOT being sued***.

1. **DESCRIPTION OF LAWSUIT AND DEFENSES.**

The named Plaintiffs in this lawsuit are John Portillo, Rafael Suarez, Martin Duran, German Bencosme, Edin Vargas, Luis A. Hernandez, Josue Paz, and Alvaro Castaneda. Plaintiffs allege that NFI misclassified certain drivers as independent contractors rather than employees and, as a result, unlawfully deducted certain amounts from drivers' compensation checks in violation of New Jersey's wage payment law.

NFI denies these allegations. NFI says that it properly classified delivery drivers who worked for NFI delivering to Trader Joe's stores on the East Coast as independent contractors rather than employees, and that any and all deductions made from settlement pay were authorized and lawful.

Deleted: .

1

2. **YOUR RIGHTS AND OPTIONS.**

You may either participate in this case or choose to be excluded.

To participate in this case, you do not need to do anything. This Notice is only to inform you that the lawsuit exists and to advise you that you have the right not to participate in the case, if you choose. If you remain in the lawsuit, you will be bound by the judgment of the Court, and you will be bound by any ruling. You may also be asked to participate in discovery, which could include responding in writing to certain requests, sitting for deposition and/or testifying at trial.

If you choose to be excluded from the case, you will not participate in the case and you will not be bound by any judgment entered. You will not be entitled to any money obtained by Plaintiffs, you will not be obligated to pay any costs, and you also will not be bound by any ruling for the Plaintiffs or for NFI. If you exclude yourself, you may obtain your own counsel and bring a separate lawsuit, or you may choose to do nothing.

To be excluded from this lawsuit, you must send a letter, fax, or e-mail to one of the law firms representing the class, with your name, address, and the statement, "Please exclude me from the NFI lawsuit." You may send a request for exclusion to:

Hyun Ji Yim, Administrator
Lichten & Liss-Riordan, P.C.
729 Boylston St., Suite 2000
Boston, MA 02116
Fax: 617-994-5801
Email: claims@llrlaw.com

The deadline for sending a letter, fax or e-mail requesting exclusion is _____, 2020 [45 days from date notice is mailed]. The Court may change this deadline for good cause shown.

3. **THE LAWYERS REPRESENTING PLAINTIFFS AND THE CLASS.**

If you do not affirmatively ask to be excluded, your interests will be represented by counsel for Plaintiffs and the Class:

Harold Lichten                              Sarah Schalman-Bergen

2

| | |
|---|---|
| Thomas Fowler | Camille Fundora Rodriguez |
| Zach Rubin | Alexandra Koropey Piazza |
| Lichten & Liss-Riordan, P.C. | Berger Montague PC |
| 729 Boylston St., Suite 2000 | 1818 Market Street, Suite 3600 |
| Boston, MA 02116 | Philadelphia, PA 19103 |
| (617) 994-5800 | (215) 875-3033 |
| (617) 994-5801 (fax) | www.bergermontague.com |
| www.llrlaw.com | |

Lichten & Liss-Riordan, P.C. and Berger Montague PC will represent you on a contingency fee basis, which means that they will be paid by receiving a portion of any award to which you may be entitled. You will not have to pay any up front out-of-pocket costs for the representation, and if there is no recovery, you will not have to pay attorneys' fees but you may have to reimburse certain costs. Any payment of attorneys' fees and/or costs by NFI to Plaintiffs' counsel may be subject to prior Court approval.

You do not need to hire your own lawyer, but you can retain your own lawyer at your own expense if you choose.

The lawyers representing NFI are:

James N. Boudreau
Christiana L. Signs
Greenberg Traurig LLP
1717 Arch Street, Suite 400
Philadelphia, PA 19103
215-988-7800
www.gtlaw.com

**4.     GETTING MORE INFORMATION.**

If you have any questions about this Notice or would like to get more information about this lawsuit, you may write, call, or e-mail Attorneys Harold Lichten at hlichten@llrlaw.com or Thomas Fowler at tfowler@llrlaw.com, or the law firm's class action administrator at claims@llrlaw.com or Attorney Camille Fundora Rodriguez at crodriguez@bm.net.

Margin comments:
- Deleted: there
- Deleted: be no

**DO NOT CONTACT THE COURT, OR COUNSEL FOR DEFENDANTS IF YOU HAVE QUESTIONS ABOUT THIS MATTER.**

* * *

THE FORM OF THIS NOTICE HAS BEEN APPROVED BY THE COURT BUT THE COURT DOES NOT EXPRESS ANY VIEW OR JUDGMENT AT THIS TIME AS TO THE MERITS OF THE CLAIMS OR DEFENSES OF THE PARTIES IN THIS CASE.