# EXHIBIT G

Monday, October 19, 2020 at 16:44:28 Eastern Daylight Time

| | |
|---|---|
| **Subject:** | Portillo et al. v. National Freight, Inc. et al., No 15-7908 (D.N.J.) - Class List |
| **Date:** | Thursday, September 17, 2020 at 5:47:20 PM Eastern Daylight Time |
| **From:** | signsc@gtlaw.com |
| **To:** | Thomas Fowler, Zach Rubin, Harold Lichten, SSchalman-Bergen@bm.net, crodriguez@bm.net |
| **CC:** | boudreauj@gtlaw.com, robbc@gtlaw.com |
| **Attachments:** | image001.png, 52655660_v 2_Portillo v. NFI - Class List - 9.17.2020.XLSX |

Counsel,

Attached is the class list for the *Portillo* matter.

Sincerely,
Christiana Signs

**Christiana L. Signs**
Shareholder

Greenberg Traurig, LLP
1717 Arch Street
Suite 400 | Philadelphia, PA 19103
T +1 215.988.7868   |   F +1 215.717.5232
signsc@gtlaw.com   |   www.gtlaw.com   |   View GT Biography

**GT GreenbergTraurig**

---

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.