UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN F. PORTILLO, RAFAEL SUAREZ, MARTIN DURAN, GERMAN BENCOSME, EDIN VARGAS, LUIS A. HERNANDEZ, JOSUE PAZ, and ALAVARO CASTANEDA, individually and on behalf of all others similarly situated,<br><br>                         Plaintiffs,<br><br>*vs.*<br><br>NATIONAL FREIGHT, INC. and NFI INTERACTIVE LOGISTICS, INC.,<br><br>                         Defendants. | CIVIL ACTION NO. 15-cv-7908-JHR-KMW<br><br>**ORDER** |

**AND NOW**, upon consideration of Plaintiffs' Motion to Compel Compliance with the Court's Class Certification Decision and Issue Notice to All Class Members ("Motion to Compel") [Dkt. 201] and Defendants National Freight, Inc. and NFI Interactive Logistics, Inc.'s [collectively "NFI"] response thereto [Dkt. 212], the Court hereby **ORDERS** the following:

1. Plaintiffs' Motion to Compel is **GRANTED IN PART** and **DENIED IN PART**; and

2. By **August 30, 2021**, NFI shall provide contact information for the drivers determined to be class members in the Court's accompanying opinion to facilitate notice to these drivers.

**SO ORDERED.**

August 9, 2021                                                                                        _Joseph H. Rodriguez_

                                                                                                 Joseph H. Rodriguez, USDJ