# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN F. PORTILLO, RAFAEL SUAREZ, MARTIN DURAN, GERMAN BENCOSME, EDIN VARGAS, LUIS A. HERNANDEZ, JOSUE PAZ, and ALAVARO CASTANEDA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>*vs.*<br><br>NATIONAL FREIGHT, INC. and NFI INTERACTIVE LOGISTICS, INC.,<br><br>Defendants. | CIVIL ACTION NO. 15-cv-7908-JHR-KMW<br><br>**ORDER** |

**AND NOW**, as stipulated by the parties during the December 21, 2021 scheduling conference [*see* Dkt. 261, 264], the Court hereby **ORDERS** that the briefing schedule for Plaintiffs' motion for summary judgment [Dkt. 187] is hereby **REINSTATED** as follows:

1. Defendants shall file their opposition to Plaintiffs' motion for summary judgment and/or cross-motion for summary judgment by January 31, 2022;

2. Plaintiffs shall file their reply by February 28, 2022;

3. A hearing on the motion will held on March 22, 2022 at 11:00 a.m. in Courtroom 5D, U.S. District Court, 4th & Cooper Streets, Camden, New Jersey. The Court may reconsider holding the hearing in-person if the spread of the COVID-19 virus so requires.

**SO ORDERED.**

**January 6, 2022**                                                              /s/ Joseph H. Rodriguez

                                                                                          Joseph H. Rodriguez, USDJ